UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEENON J. FARR, | |
| Petitioner, | |
| v. | Civil No. 17-cv-872-JPG |
| UNITED STATES OF AMERICA, | Criminal Nos. 15-cr-40055-JPG-04 |
| Respondent. | |

# MEMORANDUM AND ORDER

This matter comes before the Court on the Court's August 23, 2017, order (Doc. 2) for petitioner Keenon J. Farr to show cause why the Court should not dismiss his motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) as untimely. The Court gave Farr up to and including September 8, 2017, to respond, but he has failed to do so. In the absence of any objection from Farr and for the reasons in the show cause order, the Court finds Farr's § 2255 motion is untimely under § 2255(f). The Court therefore **DISMISSES** the petition (Doc. 1) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   October 18, 2017**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**