UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEENON J. FARR,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 17-cv-872-JPG<br><br>Criminal Nos. 15-cr-40055-JPG-04 |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Keenon J. Farr's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed as untimely, that judgment is entered in favor of respondent United States of America and against petitioner Keenon J. Farr, and that this case is dismissed.

**DATED:** October 18, 2017        JUSTINE FLANAGAN, Acting Clerk of Court

                                                     s/*Tina Gray*, **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**